**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PRINCIPAL NATIONAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.                                  Case No.   3:17-cv-191-J-34MCR

KIMBERLY ROSSI,

    Defendant.

---

KIMBERLY ROSSI,

    Counter-Claimant,

v.

PRINCIPAL NATIONAL LIFE
INSURANCE COMPANY,

    Counter-Defendant.

---

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 23; Stipulation) filed on August 28, 2017.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of August, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -